UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Latasha Walker, | ) | CASE NO. 19-01134 |
| | ) | |
| Debtors. | ) | |

### DEBTOR'S OBJECTION TO MOTION FOR RELIEF FROM STAY REGARDING AMERICREDIT

Comes now Debtor Latasha Walker, by counsel, Richard P. Batesky, Jr. and with her objection to Americredit's Motion for Relief from Stay and states as follows:

1. That Debtor has brought current her account.

Wherefore, Debtor, Latasha Walker, by counsel, prays the court to deny Creditor, Americredit's Motion for Relief from Stay and for all other relief just and proper in the premises

Respectfully submitted,

/s/Richard P. Batesky, Jr.
Richard P. Batesky, Jr. #15368-49

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been duly served upon the following via United States court's electronic filing system or First Class mail, postage prepaid this 9th day of August 2019:

John Hauber, Chapter 13 Trustee
Office of the U.S. Trustee
Molly Slutsky Simons, bankruptcy@sottileandbarile.com

/s/Richard P. Batesky, Jr.
Richard P. Batesky, Jr.

Law Office of Richard P. Batesky, Jr.
22 E. Washington St., #210
Indianapolis, IN 46204
317-638-3471